

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Daniel Ray Garcia,              * Original Habeas Corpus Proceeding

No. 11-21-00170-CR                    * August 10, 2021

                                        * Per Curiam Memorandum Opinion
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has considered Daniel Ray Garcia's application for writ of habeas corpus and concludes that the application for writ of habeas corpus should be dismissed for lack of jurisdiction. Therefore, in accordance with this court's opinion, the application for writ of habeas corpus is dismissed.